MORGAN, LEWIS & BOCKIUS LLP
Ryan J. Cooper (RC-0477)
101 Park Avenue
New York, NY  10178-0060
(212) 309-6000
(212) 309-6273 (fax)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRUCE P. JONES,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PRUDENTIAL INSURANCE COMPANY OF AMERICA,**<br><br>**Defendant.** | Civil Action No.08-CV-00489 |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant, Prudential Insurance Company of America ("Prudential"), by counsel, hereby complies with Federal Rule of Civil Procedure 7.1 and states as follows:

Prudential Insurance Company of America, a New Jersey corporation, is a subsidiary of Prudential Holdings, LLC, a New Jersey Limited Liability Company which owns 100 percent of the stock of Prudential Insurance Company of America.  Prudential Holdings, LLC is a subsidiary of Prudential Financial, Inc., which owns 100 percent of Prudential Holdings, LLC.  Prudential Financial, Inc. is a publicly-held New Jersey corporation traded on the New York Stock Exchange under the symbol "PRU" and no parent corporation or any publicly-held corporation owns ten percent or more of its stock.

Respectfully submitted,
MORGAN, LEWIS & BOCKIUS LLP

By: /s/Ryan J. Cooper
MORGAN, LEWIS & BOCKIUS LLP
Ryan J. Cooper (RC-0477)
101 Park Avenue
New York, NY  10178-0060
(212) 309-6000
(212) 309-6273 (fax)
***Counsel for Defendant, The Prudential Insurance Company of America***