## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2008, a true and correct copy of the foregoing Answer was served via first class mail on the following:

        Justin C. Frankel
        Jason A. Newfield
        FRANKEL & NEWFIELD, P.C.
        585 Stewart Avenue, Suite 312
        Garden City, NY 11530

                ___/s/ Ryan J. Cooper_____
                Ryan J. Cooper