UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FILED
APR 0 8 2008

BRUCE P. JONES,

       Plaintiff,

       vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant.

Civil Action No.: 08-cv-00489 (GBD)

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Jeremy P. Blumenfeld, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms the appearance of Jeremy P. Blumenfeld as counsel in this case, and it will be entered on the Court's docket. A notation of counsel's admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

APR 0 8 2008

Honorable George B. Daniels, U.S.D.J.
United States District Court for the Southern
District of New York