Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



**Morgan Lewis**
COUNSELORS AT LAW

**Jeremy P. Blumenfeld**
215.963.5258
jblumenfeld@morganlewis.com
eFax 877.432.9652

April 4, 2008

**SO ORDERED**
The conference is adjourned to
May 6, 2008 at 9:30 a.m.

APR 1 1 2008 *George B Daniels*
**HON. GEORGE B. DANIELS**

**VIA FEDERAL EXPRESS**

The Honorable George B. Daniels
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re: Bruce P. Jones v. The Prudential Insurance Company of America;
Case No.: 08-cv-00489 (GBD)

Dear Judge Daniels:

I am writing to respectfully request that the Court reschedule the Initial Pretrial Conference for the above-referenced matter currently scheduled for April 30, 2008 at 9:30 am. Prudential Insurance Company of America has asked me to represent it in the above-referenced matter, and I am presently seeking admission to the Southern District of New York *pro hac vice* in this case. We very recently learned of the scheduling of this Initial Pretrial Conference. Unfortunately, I will be attending a previously scheduled post-trial oral argument in another case before Judge Mark Kravitz in the United States District Court for the District of Connecticut, *Amara v. Cigna*, Case No. 3:01-cv-02361-MRK, on that date. No other requests for rescheduling have been made. Accordingly, I respectfully request that the Initial Pretrial Conference be rescheduled.

In addition, I would respectfully request that the Initial Pretrial Conference be held by telephone conference, if possible.

Thank you for your consideration of this matter.

Philadelphia  Washington  New York  Los Angeles  San Francisco  Miami  Pittsburgh  Princeton
Chicago  Palo Alto  Dallas  Harrisburg  Irvine  Boston  London  Paris  Brussels  Frankfurt  Tokyo

Morgan Lewis
COUNSELORS AT LAW

The Honorable George B. Daniels
Page 2

Respectfully submitted,

Jeremy P. Blumenfeld

cc: Justin Frankel, Esq.