UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BRUCE P. JONES,                          :

       Plaintiff,                        :     INDEX NO. 08-CV-489 (GBD)

  -against-                             :     **NOTICE OF APPEARANCE**

THE PRUDENTIAL INSURANCE              :
COMPANY OF AMERICA,

       Defendant.                        :
---------------------------------------- X

**PLEASE TAKE NOTICE THAT** Morgan, Lewis & Bockius, LLP, attorneys for Defendant Prudential Insurance Company of America, hereby adds the undersigned as counsel of record in this mattter.

Dated: Philadelphia, Pennsylvania.
      April 15, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
215.963.5000

By: s/Seth Ptasiewicz
    Seth Ptasiewicz
    Attorneys for Defendant
    The Prudential Insurance Company of America

1-PH/2893309.1