

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRUCE P. JONES,

                Plaintiff,

-against-

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

                Defendant.

Index No.: 08-cv-00489

**CONSENT TO CHANGE ATTORNEY**

---

**IT IS HEREBY CONSENTED** that d'Arcambal Levine & Ousley, LLP, of 40 Fulton Street, Suite 1005, New York, NY 10038, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorneys as of the date hereto.

Dated: July __, 2008

                                      THE PRUDENTIAL INSURANCE COMPANY
                                               OF AMERICA

                                       By: _____
                                                Leonard A. Giusti
                                            Director and Corporate Counsel

July 11, 2008                   D'ARCAMBAL, LEVINE & OUSLEY, LLP

                                       By: _____
                                             Jodie L. Oulsey
                                             Incoming Attorneys

                                       MORGAN, LEWIS & BOCKIUS, LLP

July 9, 2008                    By: _____
                                             Seth Ptasiewicz
                                             Outgoing Attorneys