AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

**APPEARANCE**

Bruce P. Jones v. The Prudential Insurance Co. of America

Case Number: 08-cv-00489

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Prudential Insurance Company of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/15/2008 | _[signature]_ |
| Date | Signature |
| | Jodie L. Ousley     JO5121 |
| | Print Name     Bar Number |
| | 40 Fulton Street, Suite 1005 |
| | Address |
| | New York     NY     10038 |
| | City     State     Zip Code |
| | (212) 971-3175     (212) 971-3176 |
| | Phone Number     Fax Number |