UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

BRUCE P. JONES,                          :

              Plaintiff,            :    INDEX NO.  08-CV-489 (GBD)

    -against-                            :    **NOTICE OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,                      :

              Defendant.             :

------------------------------------ X

**PLEASE TAKE NOTICE THAT** Morgan, Lewis & Bockius, LLP, attorneys for

Defendant Prudential Insurance Company of America, shall move before the Honorable George

B. Daniels, U.S.D.J. at a date and time to be set by the Court for an Order seeking leave pursuant

to Local Civil Rule 1.4 to withdraw as counsel of record for Defendant The Prudential Insurance

Company of America in the above captioned matter with consent of Defendant The Prudential

Insurance Company of America.

    In support of this Motion, Morgan, Lewis & Bockius, LLP shall rely upon the Affidavit

of Seth Ptasiewicz.  A proposed form of Order is annexed hereto.

    No oral argument is requested.

DB1/61990073.1

Dated: Philadelphia, Pennsylvania.      Respectfully submitted,
       July 16, 2008

                                      MORGAN, LEWIS & BOCKIUS LLP
                                      1701 Market Street
                                      Philadelphia, PA  19103-2921
                                      215.963.5000


                                      By:s/Seth Ptasiewicz
                                         Seth Ptasiewicz
                                         Attorneys for Defendant
                                         The Prudential Insurance Company of
                                         America