UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
BRUCE P. JONES,                      :

       Plaintiff,               :   INDEX NO. 08-CV-489 (GBD)

  -against-                         :   **NOTICE OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**

THE PRUDENTIAL INSURANCE            :
COMPANY OF AMERICA,

       Defendant.               :
------------------------------------ X

**PLEASE TAKE NOTICE THAT** Morgan, Lewis & Bockius, LLP, attorneys for Defendant Prudential Insurance Company of America, shall move before the Honorable George B. Daniels, U.S.D.J. at a date and time to be set by the Court for an Order seeking leave pursuant to Local Civil Rule 1.4 to withdraw as counsel of record for Defendant The Prudential Insurance Company of America in the above captioned matter with consent of Defendant The Prudential Insurance Company of America.

    In support of this Motion, Morgan, Lewis & Bockius, LLP shall rely upon the Affidavit of Seth Ptasiewicz. A proposed form of Order is annexed hereto.

    No oral argument is requested.

DB1/61990073.1

Dated: Philadelphia, Pennsylvania.
July 16, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5000

By: s/Seth Ptasiewicz
    Seth Ptasiewicz
    Attorneys for Defendant
    The Prudential Insurance Company of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
BRUCE P. JONES,                      :

       Plaintiff,            :  INDEX NO. 08-CV-469 (GBD)

  -against-                         :  **ORDER ON MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**

THE PRUDENTIAL INSURANCE            :
COMPANY OF AMERICA,

       Defendant.            :
------------------------------------ X

    This matter having been opened to the Court on Motion of Morgan, Lewis & Bockius, LLP, attorneys for Defendant The Prudential Insurance Company of America, pursuant to Local Civil Rule 1.4 to withdraw as counsel of record for Defendant The Prudential Insurance Company of America in the above captioned matter; and Defendant The Prudential Insurance Company of America having consented to this request and retained new counsel D'Arcambal, Levine & Ousley, LLP; and good cause having been shown;

    IT IS HEREBY ORDERED ON THIS _____ DAY OF JULY, 2008

    AS FOLLOWS.

    1.    The Motion of Morgan, Lewis & Bockius, LLP and its attorneys, Jeremy P. Blumenfeld, Esq., Ryan J. Cooper, Esq. and Seth Ptasiewicz, Esq., to withdraw as counsel of record for Defendant The Prudential Insurance Company of America is hereby granted.

                SO ORDERED:

                _____
                HONORABLE GEORGE B. DANIELS, U.S.D.J.

-6-

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed and served the annexed Notice of Motion to Withdraw as Counsel of Record together with the supporting papers on:

Justin C. Frankel, Esq.
Frankel & Newfield, P.C.
585 Stewart Avenue, Suite 312
Garden City, New York 11530

I certify that the foregoing statement by me is true and that if not true I am subject to the penalty of perjury.

_____
Seth Ptasiewicz