UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
BRUCE P. JONES,                       :
                                      :   INDEX NO. 08-CV-489 (GBD)
                Plaintiff,            :
                                      :   **AFFIDAVIT IN SUPPORT OF MOTION**
      -against-                       :   **TO WITHDRAW AS COUNSEL**
                                      :   **PURSUANT TO LOCAL CIVIL RULE**
THE PRUDENTIAL INSURANCE              :   **1.4**
COMPANY OF AMERICA,                   :
                                      :
                Defendant.            :
------------------------------------- X

STATE OF PENNSYLVANIA )

COUNTY OF PHILADELPHIA) ss.

Seth Ptasiewicz, of full age, hereby swears under penalty of perjury as follows:

1. I am an associate with the law firm of Morgan, Lewis & Bockius, LLP, present counsel to Defendant The Prudential Insurance Company of America ("Prudential") with reference to the above-captioned matter. I am admitted to practice before this Court.

2. I submit this Affidavit of support of Morgan, Lewis & Bockius, LLP's Motion pursuant to Local Civil Rule 1.4 to withdraw as counsel of record to Prudential in this litigation concerning the denial of plaintiff's claim for Long Term Disability Benefits under a group disability policy governed by the Employee Income Retirement Security Act, 29 U.S.C. §1001, *et seq* .

3. The request to withdraw as counsel of record to Prudential came as a result of Prudential advising this firm that it wishes to substitute as its counsel of record the law firm of D'Arcambal, Levine & Ousley, LLP as reflected in the Consent to Change Attorney Form and Notice of Appearance electronically filed on behalf of Prudential with this Court and appended

hereto as **Exhibit A and Exhibit B**, respectively.

    4.    No prejudice will arise as a result of this firm's withdraw as counsel of record. I have informed Prudential and its new counsel the law firm of D'Arcambal, Levine & Ousley, LLP has been apprised of the status of this litigation and all pending deadlines.

    5.    Accordingly, the law firm of Morgan, Lewis & Bockius, LLP and its attorneys of record in this case, Brian A. Herman, Esq., Jeremy P. Blumenfeld, Esq. and Seth Ptasiewicz, Esq., respectfully request that the Motion to Withdraw as Counsel be granted.

_____
Seth Ptasiewicz

Sworn to before me this
16th day of July, 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Annette Lopresti, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires June 24, 2010
Member, Pennsylvania Association of Notaries

# EXHIBIT A



NYSD_ECF_Pool@nysd.uscourts.gov
07/11/2008 04:30 PM

To   deadmail@nysd.uscourts.gov
cc
bcc
Subject   Activity in Case 1:08-cv-00489-GBD Jones v. The Prudential Insurance Company of America Notice of Substitution of Attorney

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Ousley, Jodie on 7/11/2008 at 4:30 PM EDT and filed on 7/11/2008

| | |
|---|---|
| **Case Name:** | Jones v. The Prudential Insurance Company of America |
| **Case Number:** | 1:08-cv-489 |
| **Filer:** | The Prudential Insurance Company of America |
| **Document Number:** | 13 |

Docket Text:
**NOTICE of Substitution of Attorney. Old Attorney: Seth Ptasiewicz, New Attorney: Jodie L. Ousley, Address: d'Arcambal Levine & Ousley, LLP, 40 Fulton Street, Suite 1005, New York, NY, USA 10038, (212)971-3175. Document filed by The Prudential Insurance Company of America. (Ousley, Jodie)**

**1:08-cv-489 Notice has been electronically mailed to:**

Jason A. Newfield     jan@frankelnewfield.com

Jeremy P. Blumenfeld     jblumenfeld@morganlewis.com

Justin Corey Frankel     JCF@frankelnewfield.com

Ryan John Cooper     rcooper@morganlewis.com

Seth Ptasiewicz     sptasiewicz@morganlewis.com

**1:08-cv-489 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/11/2008] [FileNumber=4796679-0
] [621dd2ed2ebfcbf5c6b13e4bad80ec993b1fc5f7d4696d652933213a8900155f762
d5c51c3d70f491cfda7285936d66718b15a8e3000805280f35d2436a61142]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE P. JONES,

                       Plaintiff,

-against-

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

                       Defendant.

Index No.: 08-cv-00489

CONSENT TO CHANGE ATTORNEY

**IT IS HEREBY CONSENTED** that d'Arcambal Levine & Ousley, LLP, of 40 Fulton Street, Suite 1005, New York, NY 10038, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorneys as of the date hereto.

Dated: July __, 2008

                                        THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

                                        By: _____
                                                Leonard A. Giusti
                                         Director and Corporate Counsel

July __, 2008

                                        D'ARCAMBAL, LEVINE & OUSLEY, LLP

                                        By: _____
                                           Jodie L. Oulsey
                                          Incoming Attorneys

                                        MORGAN, LEWIS & BOCKIUS, LLP

July __, 2008

                                        By: _____
                                           Seth Ptasiewicz
                                          Outgoing Attorneys

# EXHIBIT B



NYSD_ECF_Pool@nysd.uscourts.gov
07/15/2008 01:17 PM

To deadmail@nysd.uscourts.gov
cc
bcc
Subject Activity in Case 1:08-cv-00489-GBD Jones v. The Prudential Insurance Company of America Notice of Appearance

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Ousley, Jodie on 7/15/2008 at 1:17 PM EDT and filed on 7/15/2008

**Case Name:** Jones v. The Prudential Insurance Company of America
**Case Number:** 1:08-cv-489
**Filer:** The Prudential Insurance Company of America
**Document Number:** 14

Docket Text:
**NOTICE OF APPEARANCE by Jodie Leigh Ousley on behalf of The Prudential Insurance Company of America (Ousley, Jodie)**

**1:08-cv-489 Notice has been electronically mailed to:**

Jason A. Newfield    jan@frankelnewfield.com

Jeremy P. Blumenfeld    jblumenfeld@morganlewis.com

Jodie Leigh Ousley    jousley@darcambal.com

Justin Corey Frankel    JCF@frankelnewfield.com

Ryan John Cooper    rcooper@morganlewis.com

Seth Ptasiewicz     sptasiewicz@morganlewis.com

**1:08-cv-489 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/15/2008] [FileNumber=4804288-0
] [1f8d306948a5a9ce8d634fbf6e49da7da40ad411864ff607660b10accb3e4afce16
eb0f862ce552b633f78e17efbfbe6bd2aad7c296cdcf0d44e89d5ed50a77d]]

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Bruce P. Jones v. The Prudential Insurance Co. of America        Case Number: 08-cv-00489

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Prudential Insurance Company of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/15/2008 | *(signature)* |
| Date | Signature |
| | Jodie L. Ousley — JO5121 |
| | Print Name — Bar Number |
| | 40 Fulton Street, Suite 1005 |
| | Address |
| | New York — NY — 10038 |
| | City — State — Zip Code |
| | (212) 971-3175 — (212) 971-3176 |
| | Phone Number — Fax Number |