USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
BRUCE P. JONES,                                  :
        Plaintiff,                       :  INDEX NO. 08-CV-469 (GBD)
        -against-                      :  **ORDER ON MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**
THE PRUDENTIAL INSURANCE            :
COMPANY OF AMERICA,                           :
        Defendant.                       :
------------------------------------------------ X

    This matter having been opened to the Court on Motion of Morgan, Lewis & Bockius, LLP, attorneys for Defendant The Prudential Insurance Company of America, pursuant to Local Civil Rule 1.4 to withdraw as counsel of record for Defendant The Prudential Insurance Company of America in the above captioned matter; and Defendant The Prudential Insurance Company of America having consented to this request and retained new counsel D'Arcambal, Levine & Ousley, LLP; and good cause having been shown;

    IT IS HEREBY ORDERED ON THIS _____ DAY OF JULY, 2008

    AS FOLLOWS.

    1.    The Motion of Morgan, Lewis & Bockius, LLP and its attorneys, Jeremy P. Blumenfeld, Esq., Ryan J. Cooper, Esq. and Seth Ptasiewicz, Esq., to withdraw as counsel of record for Defendant The Prudential Insurance Company of America is hereby granted.

    SO ORDERED:

*[signature]*
HONORABLE GEORGE B. DANIELS, U.S.D.J.
**HON. GEORGE B. DANIELS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRUCE P. JONES,

       Plaintiff,

  -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant.
------------------------------------------------------------X

INDEX NO. 08-CV-489 (GBD)

**ORDER ON MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

    This matter having been opened to the Court on Motion of Morgan, Lewis & Bockius, LLP, attorneys for Defendant The Prudential Insurance Company of America, pursuant to Local Civil Rule 1.4 to withdraw as counsel of record for Defendant The Prudential Insurance Company of America in the above captioned matter; and Defendant The Prudential Insurance Company of America having consented to this request and retained new counsel D'Arcambal, Levine & Ousley, LLP; and good cause having been shown,

    IT IS HEREBY ORDERED ON THIS ___ ___ DAY OF JULY, 2008

    AS FOLLOWS:

    1.    The Motion of Morgan, Lewis & Bockius, LLP and its attorneys, Jeremy P. Blumenfeld, Esq., Ryan J. Cooper, Esq. and Seth Ptasiewicz, Esq., to withdraw as counsel of record for Defendant The Prudential Insurance Company of America is hereby granted

SO ORDERED:

_____
HONORABLE GEORGE B. DANIELS, U.S.D.J.
**HON. GEORGE B. DANIELS**