# d'Arcambal Levine & Ousley LLP
## Attorneys at Law

40 Fulton Street, Suite 1005
New York, New York 10038

Telephone (212) 971-3175
Facsimile (212) 971-3176
www.darcambal.com

August 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 9 2008

**SO ORDERED**

The conference is adjourned to November 12, 2008 at 10:00 a.m.

AUG 1 9 2008  /s/ George B. Daniels

**HON. GEORGE B. DANIELS**

**VIA FACSIMILE**

Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Jones v. The Prudential Insurance Company of America
Docket No.: 08-CV-489 (GBD)

Dear Judge Daniels:

We represent The Prudential Insurance Company of America in the above-referenced matter. We write to request that the pre-motion conference currently scheduled for September 30, 2008 at 9:30 a.m be adjourned, as discovery has been extended until November 6, 2008. We request that the conference be adjourned to a date after November 6, 2008. This request is made with the consent of both parties. No previous request for relief has been made by us in this matter.

Should you have any questions regarding this correspondence, please do not hesitate to contact this office. Thank you for your assistance with this matter.

Respectfully submitted,

/s/ Jodie L. Ousley
Jodie L. Ousley

cc: Justin C. Frenkel, Esq.
Frankel & Newfield, P.C.
585 Stewart Avenue, Suite 312
Garden City, New York 11530
Attorneys for Plaintiff